# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

134437 (61)

KENT A. MCNEIL, FRANKLIN E. FISHER,
ROGER GRIFFIN, SCOTT WAY, and JEFF
LEGATO,
        Plaintiffs-Appellants,

v

CHARLEVOIX COUNTY and NORTHWEST
MICHIGAN COMMUNITY HEALTH
AGENCY,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134437
COA: 272410
Charlevoix CC: 05-088120-CZ

By order of May 2, 2008, the Court directed the parties to file supplemental briefs no later than 28 days after the date of its order. On order of the Court, the defendant Northwest Michigan Community Health Agency's motion to extend time to file supplemental brief by 28 days is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

_____
Clerk